**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


DEBORAH A. WELLS, *pro se*,

    Plaintiff(s),

v.                                                                  Case No:  8:08-CV-676-T-30TGW

DAVID GEE, et al.,

    Defendant(s).

_____/

## ORDER

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #4). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation (Dkt. #4) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2.      The Complaint (Dkt. #1) is DISMISSED without prejudice.

3.      Plaintiff may file an Amended Complaint which complies with the Federal Rules of Civil Procedure within thirty (30) days of the date of this Order.  Should Plaintiff fail to timely file an Amended Complaint, this case will be dismissed without further notice.

4.      Ruling is DEFERRED on Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. #2) so as to give the Plaintiff an opportunity to file an Amended Complaint.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2008\08-cv-676.adopt 4.wpd